# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 FEB -4 AM 10: 01

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

IN RE: PARADISE FARMS, INC.,   *
                           *     Case No. 314-142

Debtor.                *     (Bankr. Case No. 12-30111)

---

## O R D E R

---

Having read and duly considered Lister W. Harrell's motion for reconsideration of this Court's dismissal order, the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___4th___ day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE